■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. NELSON CASSELL, Appellant.— Appeal from an order of the County Court, Kings County, denying an application (described in the record as one in the nature of a writ of error *coram nobis*) to set aside a judgment of said court rendered, after trial, on or about March 31, 1952. The judgment convicted appellant of attempted burglary in the third degree and possession of burglar's instruments, as a felony, and sentenced him, as a third felony offender, to separate and consecutive terms of imprisonment on each count. Appellant contended that the two crimes for which he was so sentenced, while constituting criminal acts punishable in different ways by different provisions of law, could not be punished under more than one of such provisions (Penal Law, § 1938). Order unanimously affirmed. No opinion. Present — Nolan, P. J., Wenzel, Beldock, Ughetta and Hallinan, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. OSCAR JOHNSON, Appellant.— Appeal from a judgment of the County Court, Kings County, convicting appellant, after trial, of violating sections 1826 and 372 of the Penal Law and sentencing him to serve one year in the New York City Penitentiary on each count, the sentences to run concurrently, and from said sentence. Judgment unanimously affirmed. No opinion. No separate appeal lies from the sentence, which has been reviewed on the appeal from the judgment of conviction. Present — Nolan, P. J., Wenzel, Ughetta, Hallinan and Kleinfeld, JJ.